USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Terence Henderson,

                              Plaintiff,

           -against-

Commissioner of Social Security,

                              Defendant.

**ORDER**

24-cv-05028-MKV-KHP

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendant's motion to dismiss for failure to exhaust administrative remedies. (ECF No. 12.) Plaintiff shall file a response to Defendant's motion by **November 22, 2024**, and Defendant may file a reply by **December 6, 2024**.

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff**.

**SO ORDERED.**

Dated: October 28, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge